CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

2/17/2026
LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| RIVER RIDGE MALL, JV, LLC, | CASE NO. 6:25-CV-00018 |
| *Plaintiff,* | |
| v. | ORDER |
| DICK'S SPORTING GOODS, INC., | JUDGE NORMAN K. MOON |
| *Defendant.* | |

Before the Court is River Ridge Mall, JV, LLC's ("River Ridge") motion for reconsideration. Dkt. 42. For reasons included in the accompanying memorandum opinion, the Court **GRANTS** the motion and **REOPENS** the case. *Id.* River Ridge must file an amended complaint within thirty (30) days of this order.

It is **SO ORDERED.**

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this 17th day of February, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE