CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/2/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| RIVER RIDGE MALL JV, LLC, | CASE No. 6:25-CV-00018 |
| *Plaintiff,* | |
| v. | **ORDER** |
| DICK'S SPORTING GOODS, INC., | |
| *Defendant.* | JUDGE NORMAN K. MOON |

For reasons included in the accompanying memorandum opinion, the Court **GRANTS** Dick's Sporting Goods' ("DSG") motion to dismiss for failure to state a claim, Dkt. 59; **GRANTS** DSG's motion to dismiss for failure to prosecute, Dkt. 61; and **DISMISSES** the case with prejudice.

The Clerk of Court is directed to strike this case from the active docket and to send a copy of this order to all counsel of record.

A scheduling order setting a briefing schedule on the issue of fees will issue.

It is **SO ORDERED.**

Entered this 2nd of July, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE